A. Joint Exhibits:

| Joint Ex. No. | Title/Description |
|---|---|
| JX1. | Incident Report – Daisy Rodriguez |
| JX2. | Walmart Photos taken February 27, 2019 |
| JX3. | One Best Way – Inclement Weather policies and procedures |
| JX4. | Walmart & Sam's Club Snow Preseason Assessment Form |
| JX5. | 2017 Exemplar of Scope of Work re: Winter Weather Events |
| JX6. | Walmart Department Safety Solutions |
| JX7. | Inclement Weather Guidelines |
| JX8. | Minimize the Impact of Inclement Weather – Front End policies and procedures |
| JX9. | Minimize the Impact of Inclement Weather – Parking Lot/Sidewalks policies and procedures |
| JX10. | Minimize the Impact of Inclement Weather – Management policies and procedures |
| JX11. | Workplace Safety – Hourly Associates policies and procedures |
| JX12. | Snow & Ice Containment policies and procedures |
| JX13. | Slip, Trip and Fall Guidelines |
| JX14. | Prevent Slips, Trips, and Falls policies and procedures |
| JX15. | Screenshot 10:26:32 AM – 10:26:38 AM from Walmart surveillance video - GM exterior entrance/exit |
| JX16. | Weather summary records for February 27, 2019 compiled by Christopher A. Fiebrich, Ph.D. |
| JX17. | Emergency Flip Chart |
| JX18. | Plaintiff's Medical Records |
| JX19. | Plaintiff's wage records from Complete Home Services |
| JX20. | Walmart records management policy |
| JX21. | Walmart's executed Master Services Agreement with Divisions, Inc. – dated June 22, 2018, signed July 11, 2018 |
| JX22. | Walmart's CCTV systems guidelines |
| JX23. | Medical Bill Summary |

**Exhibit 1 – Second Amended Final Pre-Trial Report**

**Rodriguez v. Walmart – CIV-21-749-JD**