## B. Plaintiff's Additional Exhibits

| Number | Title/Description | Objection | FRE Relied Upon |
|---|---|---|---|
| | | | |
| PX1. | Parking Lot and Sidewalk Safety and remodel policies and procedures (11 on Plaintiff's First Amended Final List of Exhibits) | Relevance | FRE 401, 402 |
| PX2. | Workplace Safety – Management policies and procedures (13 on Plaintiff's First Amended Final List of Exhibits) | Relevance | FRE 401, 402 |
| PX3. | Walmart surveillance video - GM exterior entrance/exit (18 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall:  1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance; Prejudice | FRE 401, 402, 403 |
| PX4. | Walmart Facebook post February 27, 2019 – Frito Chili Pie (20 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of Facebook posts. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance; Hearsay | FRE 401, 402 FRE 801, 802 |
| PX5. | Walmart Facebook post February 27, 2019 – Garden Center (21 on | Relevance; Hearsay | FRE 401, 402 FRE 801, 802 |

| | | | |
|---|---|---|---|
| | Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of Facebook posts. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | | |
| PX6. | Walmart Code of Conduct (22 on Plaintiff's First Amended Final List of Exhibits) | Relevance | FRE 401, 402 |
| PX7. | Customer Incident Report – Cruz (26 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall: 1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance; Prejudice | FRE 401, 402, 403 |
| PX8. | Customer Incident Report – Moss (27 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall: 1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary | Relevance; Prejudice | FRE 401, 402, 403 |

| | | | |
|---|---|---|---|
| | and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | | |
| PX9. | Customer Incident Report – Conroy (28 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall: 1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance; Prejudice | FRE 401, 402, 403 |
| PX10. | Customer Incident Report – Chavez (29 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall: 1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance; Prejudice | FRE 401, 402, 403 |
| PX11. | Store #743 photograph of GM entrance/exit with traffic/pedestrian signage (34 on Plaintiff's First Amended Final List of Exhibits) | Relevance; Identification; Hearsay. | FRE 401, 402 FRE 901 FRE 801, 802 |
| PX12. | Walmart Winter Storm Facility Status record (35 on Plaintiff's First Amended Final List of Exhibits)  *The | Relevance; Identification. | FRE 401, 402 FRE 901 |

| | | | |
|---|---|---|---|
| | parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of this exhibit. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | | |
| PX13. | Photographs of Plaintiff's injuries (30 on Plaintiff's First Amended Final List of Exhibits) | Relevance; Identification; Hearsay; cumulative. | FRE 401, 402 FRE 901 FRE 801, 802 |
| PX14. | Plaintiff's Medical Bills (31 on Plaintiff's First Amended Final List of Exhibits ) | Relevance; Identification; Hearsay; cumulative. | FRE 401, 402 FRE 901 FRE 801, 802 12 O.S. §3009.1 |
| PX15. | Walmart surveillance video – interior grocery entrance/exit (36 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall: 1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance | FRE 401, 402 |
| PX16. | Walmart surveillance video – interior GM entrance/exit (37 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of other individuals who fell at Walmart entrances on day of Rodriguez's fall: 1) Evidence of falls at entrances BEFORE Daisy Rodriguez fell are admissible; 2) | Relevance; Prejudice | FRE 401, 402, 403 |

| | | | |
|---|---|---|---|
| | Evidence of falls at entrances AFTER Daisy Rodriguez fell are not admissible. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | | |
| PX17. | Letter from Mariano Acuna to Walmart re: preservation of evidence request (38 on Plaintiff's First Amended Final List of Exhibits) *The parties note the court's Order on Motions in Limine [Doc. 129] relating to evidence of this exhibit. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Relevance; Identification; Hearsay | FRE 401, 402 FRE 901 FRE 801, 802 |
| PX18. | Walmart's 2019 GAL Report (45 on Plaintiff's First Amended Final List of Exhibits) | Relevance | FRE 401, 402 |
| PX19. | Walmart's financial records and reports (48 on Plaintiff's First Amended Final List of Exhibits) | Relevance; Prejudice | FRE 401, 402, 403 |
| PX20. | Expert Report and Curriculum Vitae of Kathy Bottroff *The parties note the court's Order on Motions in Limine [Doc. 129] relating to the collateral source rule. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Reliability; Relevance; Prejudice; | FRE 401, 402, 403, 702 |

**Exhibit 2 – Second Amended Final Pre-Trial Report**

**Rodriguez v. Walmart – CIV-21-749-JD**