C. Defendant's Additional Exhibits

| Number | Title/Description | Objection | FRE Relied Upon |
|--------|-------------------|-----------|-----------------|
| DX1. | Witness Statement of Kaycee Gibbs | Yes Cumulative | FRE 403 |
| DX2. | Witness Statement of Cherish Hill | Yes Cumulative | FRE 403 |
| DX3. | Witness Statement of Trevor Harmon | Yes Cumulative | FRE 403 |
| DX4. | Witness Statement of Lance Johnson | Yes Cumulative | FRE 403 |
| DX5. | Clip – Inside GM Entrance | Yes Incomplete | FRE 106 |
| DX6. | Combined Still Shots | Yes Incomplete | FRE 106 |
| DX7. | Certain Walmart Policies and Procedures | Yes Cumulative Incomplete | FRE 106, 403 |
| DX8. | Designated portions of the Deposition transcript of Kathy Bottroff for purposes of cross examination *The parties note the court's Order on Motions in Limine [Doc. 129] relating to the collateral source rule. The parties note the court's instruction that rulings on Motions in Limine are preliminary and subject to change as the case unfolds and reserve their rights to object or make offers of proof at trial. | Yes Unfair Prejudice; Collateral Source | FRE 403 |

**Exhibit 3 – Second Amended Final Pre-Trial Report**

**Rodriguez v. Walmart – CIV-21-749-JD**