# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

DAISY RODRIGUEZ, )
 )
    Plaintiff, )
 )
v. ) Case No. CIV-21-00749-JD
 )
WALMART STORES EAST LP, )
 )
    Defendant.

## JURY QUESTIONS, RESPONSES, AND NOTES

We the jury have reached a verdict.

███████████████████████  Jury Foreman

4/12/2024

If punitive damages are
awarded, who receives
the money?

4/15/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAISY RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-21-00749-JD ) |
| WALMART STORES EAST LP, | ) ) |
| Defendant. | ) ) |

## RESPONSE TO JURY NOTE

**Ladies and Gentlemen of the Jury:**

You have asked whether "if punitive damages are awarded, who receives the money?" You have all the evidence and legal instructions that you need to come to a verdict. Please continue with your deliberations.

*[signature]*
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

We the jury have reached a verdict.

███████████████████████ Jury Foreman

4/15/24